IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR443 |
| vs. | ) | |
| | ) | ORDER |
| SIYAD WARSAME ALI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for an extension of time in which to file pretrial motions [18]. For good cause shown, and upon the representation that the motion is unopposed,

**IT IS ORDERED** that the motion [18] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **November 14, 2008.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 16, 2008 and November 14, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. The trial now set for October 20, 2008 is cancelled. A new trial date will be set in accordance with the Speedy Trial Act after November 14, 2008 or after the court's final ruling on any substantive pretrial motions which may be filed.

**DATED August 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**