IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  8:07CR443 |
| ) | |
| SIYAD WARSAME ALI, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender John C. Vanderslice, hereby moves to withdraw as counsel from Mr. Ali's case because Attorney William Gallup has entered his appearance on behalf of Mr. Ali.  Mr. Vanderslice further requests that his name be removed from all future ECF filings in this case.

WHEREFORE, based upon the above, Attorney Vanderslice requests an Order permitting him to withdraw from Mr. Ali's case.

Dated this 22nd day of October, 2008.

 SIYAD WARSAME ALI, Defendant

 By: /S/ *John C. Vanderslice*
 John C. Vanderslice
 Assistant Federal Public Defender
 112 Federal Building
 100 Centennial Mall North
 Lincoln, Nebraska 65808
 402-437-5871
 Attorney for Defendant

## CERTIFICATE OF SERVICE

Assistant Federal Public Defender John C. Vanderslice hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system

which sent notification of such filing to AUSA Mike Norris and Attorney William Gallup on this 22nd day of October, 2008.

/s/ *John C. Vanderslice*
John C. Vanderslice