IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR443 |
| vs. | ) | |
| | ) | ORDER |
| SIYAD WARSAME ALI | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion [26] of John C. Vanderslice for leave to withdraw as counsel for the defendant. Substitute counsel, J. William Gallup, has entered an entry of appearance [25].

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record [26] is granted, and the appearance of John C. Vanderslice is hereby deemed withdrawn.

2. The provisions and deadlines set in the extension order [21] remain in effect.

**DATED October 22, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge