### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:07 CR 443 |
| Plaintiff, ) | |
| ) | **AMENDED** |
| vs. ) | **MOTION TO WITHDRAW** |
| SIYAD WARSAME ALI, ) | |
| Defendant. ) | |

J. William Gallup moves the Court for an order authorizing him to withdraw as counsel for the Defendant for the following reasons:

1.) Irreconcilable differences between counsel and the Defendant that make it impossible for counsel to adequately represent the Defendant;

2.) Failure of consideration;

3.) Ethical consideration.

SIYAD WARSAME ALI, Defendant

s/J. William Gallup
By: J. WILLIAM GALLUP, #11425
Attorney for Defendant
Gallup & Schaefer
1001 Farnam Street
Omaha, NE  68102
(402) 341-0700

### CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Michael P. Norris, U.S. Attorney's Office, 1620 Dodge Street, Suite 1400, Omaha, NE  68102-1506.

s/J. William Gallup
By: J. WILLIAM GALLUP, #11425
Attorney for Defendant
1001 Farnam Street
Omaha, NE  68102
(402) 341-0700

PDF created with pdfFactory Pro trial version www.pdffactory.com