IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR443 |
| vs. | ) | |
| | ) | ORDER |
| SIYAD WARSAME ALI, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the case file,

**IT IS ORDERED:**

1.  Defendant's Motion to Continue Trial (Doc. 40) is denied.

2.  Defendant's request to reopen the deadline for filing pretrial motions is denied.

3.  The motion of J. William Gallup for leave to withdraw as defense counsel (Doc. 41) is denied.

4.  The trial of this matter remains set for Tuesday, December 16, 2008.

Pursuant to NECrimR 57.2, a party may appeal this order by electronically filing an "Appeal of Magistrate Judge's Order" no later than **11:00 AM on Friday, December 12, 2008.**

**DATED December 11, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**