## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:07CR443 |
| | ) | |
| **SIYAD WARSAME ALI,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Motion (Doc. 55) to quash part of a Rule 17(c) subpoena served by the defendant on the Internal Revenue Service. It appears that the United States has generally complied with the subpoena and has produced all responsive documents except for tax returns for three of the defendant's employees. The court has reviewed the parties' written materials (Docs. 56, 58 and 59) and finds that the government's objections based on relevance should be overruled and that the Motion to Quash should be denied.

**IT IS ORDERED:**

1. The Motion to Quash (Doc. 55) is denied.

2. Within two (2) business days prior to trial, the United States shall produce the 2001-2005 tax returns for Mohamed Ugas, Nasir Nur, and Peter Oak (aka Peter Dak).

**DATED January 21, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**