IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES,<br>   Plaintiff,<br><br>vs.<br><br>SIYAD WARSAME ALI,<br>   Defendant. | Case No. 8:07-cr-00443-LSC-FG3<br><br>**REQUEST TO WITHDRAW MOTION TO DISMISS OR FOR SANCTIONS** |

  **COMES NOW** Brent Nicholls and on behalf of Siyad Warsame Ali, the Defendant in the above-captioned case states as follows:

1. Based on the failure of the The U.S. Attorneys office to produced certain tax returns and release the addresses of certain witnesses to the U.S. Marshals office for the purposes of facilitating service, Defense counsel filed a motion to dismiss or for sanctions.

2. Subsequent to filing the motion Defense counsel was able to independently find the addresses of the witness.

3. On this same day Defense counsel received the principal tax return referenced in the prior motion.

4. For the foregoing reasons Defense counsel would like to withdraw his prior motion without prejudice.

Respectfully Submitted,           By: /s/ Brent W. Nicholls

                      Brent Nicholls # 22146
                      The Empire State Building
                      300 S. 19th St. Ste. 300
                      Omaha, NE 68102
                      Ph: 402-884-0700
                      Fx: 402-614-5926
                      Attorney for Defendant

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 6, 2009, he filed this document using the Court's electronic ECF system which sent an electronic copy of the foregoing to all attorneys of record in the case:

/s/ Brent W. Nicholls
Brent Nicholls
Kasaby & Nicholls
300 S. 19th Street #300
Omaha, NE 68102
402.884.0700