IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR443** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **SIYAD WARSAME ALI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The defendant entered a plea of not guilty to Count III of the Indictment. At the close of the government's case, the Court granted the Defendant's oral motion to dismiss Count III.

IT IS ORDERED that, in accordance with the Court's oral findings of fact and conclusions of law, Count III of the Indictment is dismissed as against the Defendant.

DATED this 25th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge