## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR443** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **SIYAD WARSAME ALI,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's leave to proceed in forma pauperis (Filing No. 93). Attached is an affidavit of poverty.

IT IS ORDERED that the Defendant's leave to proceed in forma pauperis (Filing No. 93) is denied.

DATED this 18th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge